

**U.S. Department of Justice**
Civil Division

Tel: 202-532-4631

VIA CM/ECF

November 17, 2023

Lyle W. Cayce, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    RE:   *Texas Medical Association v. HHS*, No. 23-40605

Dear Mr. Cayce:

    I write pursuant to Fifth Circuit Rule 31.4.3.1 to respectfully request a Level 1 extension of 30 days for the federal government's opening brief in the above-captioned appeal. The opening brief is currently due on December 12, 2023, and we are requesting an extension to and including January 11, 2024. Plaintiffs-appellees consent to this request.

    Good cause exists for the extension in light of deadlines in other matters that make it burdensome to complete the government's brief on the existing schedule. Leif Overvold, the attorney with primary responsibility for drafting the government's brief in this appeal, is scheduled to present oral argument on December 8, 2023, in *Lake Region Healthcare Corp. v. Becerra*, No. 22-5318 (D.C. Cir.), among other briefing assignments and internal matters. Joshua M. Salzman, who has supervisory responsibility over this case, is also responsible for supervising the following matters: *Moyar v. Department of Defense*, No. 23-5085 (D.C. Cir.) (response brief due Dec. 4, 2023); *Miller v. Kijakazi*, No. 23-10790 (5th Cir.) (reply brief due Dec. 4, 2023); *Rodriguez v. Social Sec. Admin.*, No. 22-13602 (11th Cir.) (oral argument scheduled Dec. 6, 2023); *Fortin v. Commissioner of Soc. Sec.*, No. 23-1528 (6th Cir.) (response brief due Dec. 18, 2023); *Haller v. HHS*, No. 22-3054 (2d Cir.) (oral argument scheduled Jan. 3, 2024). Additionally, Mr. Overvold will be on previously scheduled personal leave from November 30 through December 5.

For these reasons, the government respectfully requests a 30-day Level 1 extension of time, to and including January 11, 2024, of the deadline to file its opening brief in this case.

Sincerely,

*/s/ Leif Overvold*
Counsel for the Appellee

Cc: All counsel of record (by ECF)