# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
October 30, 2024
Lyle W. Cayce
Clerk

No. 23-40605

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,

> Plaintiffs—Appellees/Cross-Appellants,

*versus*

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity*; Kiran Ahuja, *in her official capacity as the Director of the Office of Personnel Management*; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity*,

> Defendants—Appellants/Cross-Appellees,

———————————————————

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,

No. 23-40605

                                Plaintiffs—Appellees/Cross-Appellants,

*versus*

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF PERSONNEL MANAGEMENT; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF TREASURY; XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services, in his official capacity*; KIRAN AHUJA, *in her official capacity as the Director of the Office of Personnel Management*; JANET YELLEN, *Secretary, U.S. Department of Treasury, in her official capacity*; JULIE A. SU, *Acting Secretary, U.S. Department of Labor, in his official capacity*,

                                Defendants—Appellants.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:22-CV-450
USDC No. 6:22-CV-453

_____

Before SOUTHWICK, HAYNES, and DOUGLAS, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the cause

No. 23-40605

is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.