No. 23-40605

# In The United States Court of Appeals for the Fifth Circuit

TEXAS MEDICAL ASSOCIATION, et al.,
Plaintiffs-Appellees/Cross-Appellants,

v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.
Defendants-Appellants/Cross-Appellees.

**MOTION TO WITHDRAW
BRENNA E. JENNY AS COUNSEL**

Brenna E. Jenny hereby moves to withdraw as counsel for Plaintiffs-Appellees/Cross-Appellants Texas Medical Association, Tyler Regional Hospital, LLC, and Dr. Adam Corley. Ms. Jenny is leaving Sidley Austin LLP on May 20, 2025. Jillian Stonecipher, Cody M. Atkins, Jaime L.M. Jones and Penny P. Reid of Sidley Austin LLP will continue to represent these parties.

The aforementioned parties have consented to Ms. Jenny's withdrawal.

Date: May 20, 2025

Respectfully submitted,

*/s/ BrennaE. Jenny*
Brenna E. Jenny
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

*Counsel for Texas Medical Association, Tyler Regional Hospital, LLC, and Dr. Adam Corley.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically using the Court's case management and electronic case filing (CM/ECF) system, which will serve notice on all counsel of record.

Dated: May 20, 2025

Respectfully submitted,

*/s/ Brenna E. Jenny*
Brenna E. Jenny