# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 21, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-40605     TX Medical Association v. HHS
                 USDC No. 6:22-CV-450
                 USDC No. 6:22-CV-453

The court has taken the following action in this case: the motion of Appellees/Cross-Appellants to withdraw Brenna Jenny as counsel of record is granted.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack II
Mr. Eric D. Chan
Ms. Anna L. Deffebach
Mr. Long Xuan Do
Mr. Andrew Robert Hellman
Ms. Hyland Hunt
Ms. Brenna Jenny
Ms. Jaime L.M. Jones
Mr. David Alan King
Mr. Aaron D. Lindstrom
Mr. Leif Eric Overvold
Ms. Penny Packard Reid
Mr. Joshua Marc Salzman
Mr. Stephen Lee Shackelford Jr.
Mr. Steven Shepard
Mr. James Craig Smyser
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher
Mr. James Edward Tysse
Mr. Joseph J. Wardenski