# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 30, 2025

Mr. Cody Matthew Akins
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Joshua Arters
Polsinelli, P.C.
501 Commerce Street
Suite 1300
Nashville, TN 37203

Ms. Anna L. Deffebach
U.S. Department of Justice - Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

Ms. Jaime L.M. Jones
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603

Mr. David Alan King
Polsinelli, P.C.
501 Commerce Street
Suite 1300
Nashville, TN 37203

Mr. Leif Eric Overvold
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Penny Packard Reid
Sidley Austin, L.L.P.
2021 McKinney Avenue
Suite 2000
Dallas, TX 75201

Mr. Joshua Marc Salzman
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Stephen Lee Shackelford Jr.
Susman Godfrey, L.L.P.
One Manhattan West
50th Floor
New York, NY 10001-8602

Mr. Steven Shepard
Susman Godfrey, L.L.P.
One Manhattan West
50th Floor
New York, NY 10001-8602

Mr. James Craig Smyser
Susman Godfrey, L.L.P.
One Manhattan West
50th Floor
New York, NY 10001-8602

Mr. Kevin Benjamin Soter
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Jillian Stonecipher
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

    No. 23-40605   Texas Medical Association v. HHS
                          USDC No. 6:22-CV-450
                          USDC No. 6:22-CV-453

Dear Counsel,

Enclosed is the court's order filed this date directing this case be reheard en banc with oral argument.

Under Fifth Circuit Local Rule 41.3 this order vacates the previous opinion and judgment of this court and stays the mandate.

Appellants will have until June 30, 2025, to file an en banc brief and the Appellee Cross Appellants' en banc brief is due on

July 30, 2025. Appellant Cross Appellees' reply brief is due on August 15, 2025. Appellee-Cross Appellants' reply brief is due on September 2, 2025.

You will be requested to furnish 22 paper copies of your en banc brief after the electronic filing is reviewed and processed. The color of the cover on your en banc brief will be the same as the color of the cover on your merits brief (blue for the appellant; red for the cross-appellant and cross-appellee, and yellow for cross-appellant reply). The date and time of oral argument will be announced at a later date. Counsel for the parties will receive adequate notice as to the exact date and time for the presentation of the oral argument.

We request that the parties forward 22 copies of their previously filed merits briefs, reply briefs, addendums, and record excerpts, for the use of the en banc court. As you did previously, we request that all copies be spirally bound. These additional copies are due in the Clerk's Office by June 16, 2025. Please contact me if you have any questions.

Also, attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Peter A. Conners, Deputy Clerk
504-310-7685

cc:
    Mr. Jack R. Bierig
    Mr. K. Lee Blalack II
    Mr. Eric D. Chan
    Mr. Long Xuan Do
    Mr. Andrew Robert Hellman
    Ms. Hyland Hunt
    Mr. Aaron D. Lindstrom
    Mr. James Edward Tysse
    Mr. Joseph J. Wardenski

_____

Case No. 23-40605

_____

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,

    Defendants - Appellants/Cross-Appellees

_____

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,

    Plaintiffs - Appellees/Cross-Appellants

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,

    Defendants - Appellants