IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TEXAS MEDICAL ASSOCIATION, *et al.*,

    Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants-Appellants.

No. 23-40605

**UNOPPOSED MOTION FOR 14-DAY EXTENSION OF TIME TO FILE EN BANC BRIEF**

Defendants respectfully request a 14-day extension of time, to and including July 14, 2025, to file their opening en banc brief. This motion is unopposed.

In support of this motion, defendants state the following:

1. This litigation concerns a variety of regulations issued to implement the No Surprises Act, which Congress enacted to protect patients from surprise medical bills. On October 30, 2024, a panel of the Court issued a decision. On December 16, 2024, plaintiffs filed a petition for rehearing en banc. On January 17, 2025, defendants filed a response to plaintiffs' petition. On May 30, 2025, the Court issued an order granting rehearing en banc of the panel's

decision. That order vacates the panel opinion and sets a briefing schedule in which defendants' opening en banc brief is due June 30, 2025, with briefing ultimately concluding on September 2, 2025.

2. The requested extension is necessary to allow defendants adequate time to prepare their brief. Kevin B. Soter is the attorney with primary responsibility for preparing the government's en banc brief in this case. The attorney who had primary responsibility for preparing the government's earlier briefs and presenting oral argument is currently out of the office on parental leave, and the requested extension will provide time for Mr. Soter to better familiarize himself with the legal issues. In addition to various internal matters, Mr. Soter's matters with deadlines during the briefing period include: *Williams v. Attorney General*, No. 24-1091 (3d Cir.) (supplemental brief due June 17, 2025); and *Strickland v. Moritz*, No. 24-2056 (4th Cir.) (Mr. Soter to present oral argument on June 30, 2025). Mr. Soter will also be out of the office on previously scheduled leave from June 12 through June 16.

Courtney L. Dixon is the attorney with supervisory responsibility for this case. Ms. Dixon is newly assigned to this case, and the requested extension will provide time for Ms. Dixon to familiarize herself with the legal issues. Ms. Dixon also has supervisory or primary responsibility for other matters during the current briefing window, including *Navarro v. SafeSport*, 25-1550 (4th

Cir.) (intervenor brief due June 23, 2025); *Smith v. FINRA*, No. 24-3907 (6th Cir.) (response brief due June 26, 2025); *Florida v. Sec'y of Educ.*, 24-13814 (11th Cir.) (response brief due June 27, 2025); *Assoc. of American Univ. v. HHS*, 25-1343 (1st Cir.) (reply brief due July 1, 2025); *AFGE v. OPM*, No. 25-1677 (reply brief due July 11, 2025).

3. A 14-day extension will also ensure sufficient time for counsel to coordinate review with interested agencies and components of the federal government.

4. Plaintiffs' counsel have informed the undersigned that this request is unopposed.

Respectfully submitted,

*/s/ Courtney L. Dixon*
COURTNEY L. DIXON
KEVIN B. SOTER
(202) 353-8189
　Attorneys, Appellate Staff
　Civil Division
　U.S. Department of Justice
　950 Pennsylvania Ave. NW
　Room 7246
　Washington, D.C. 20530

JUNE 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 440 words, according to the count of Microsoft Word.

/s/ *Courtney L. Dixon*
COURTNEY L. DIXON