# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 07, 2025

**IMPORTANT NOTICE**

TO ALL COUNSEL LISTED BELOW

No. 23-40605   Texas Medical Association v. HHS

Week of En Banc Hearing **09/22/2025**
--------------------------------------------------------

Dear Counsel:

We will schedule this case for oral argument during the week shown.

**So we can provide all pertinent information to the court before argument, and barring an emergency, we must receive all additional filings by noon on the workday immediately preceding argument.**

If you are arguing before the Fifth Circuit for the first time, please visit our Internet site at "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/oral-argument-notices/handout.pdf" for "Preparing for Oral Argument in the Fifth Circuit" and at "http://www.ca5.uscourts.gov/documents/ltsig-e.pdf" for "Notice to Counsel Attending Oral Argument".  If you do not have Internet access, please call and we will send you the information.

Counsel are advised it is almost invariably more helpful, in lieu of large exhibits, to furnish the courtroom deputy four smaller sized (not larger than about 8 X 14 inches) copies of charts, diagrams, etc., for the judges' use.  If counsel believe it necessary to use large exhibits, please also furnish the small copies.

CALENDARING DEPARTMENT
clerk_calendaring@ca5.uscourts.gov

Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack II
Mr. Eric D. Chan
Ms. Courtney Dixon
Mr. Long Xuan Do
Mr. Andrew Robert Hellman
Ms. Hyland Hunt
Ms. Jaime L.M. Jones
Mr. David Alan King
Mr. Aaron D. Lindstrom
Mr. Leif Eric Overvold
Mr. Stephen Lee Shackelford Jr.

Mr. Steven Shepard
Mr. James Craig Smyser
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher
Mr. James Edward Tysse
Mr. Joseph J. Wardenski