# No. 23-40605

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Texas Medical Association; Tyler Regional Hospital, LLC; Doctor Adam Corley,
Plaintiffs – Appellees,

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Scott Kupor, in his official capacity as the Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Secretary, U.S. Department of Labor, in her official capacity,
Defendants – Appellants.

LifeNet, Inc.; Air Methods Corp.; Rocky Mountain Holdings, LLC; East Texas Air One, LLC,
Plaintiffs – Appellees,

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Scott Kupor, in his official capacity as the Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Secretary, U.S. Department of Labor, in her official capacity,
Defendants – Appellants.

*On Appeal from the United States District Court for the Eastern District of Texas*
*District Court No. 6:22-CV-450-JDK*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF
## IN SUPPORT OF APPELLANTS ON BEHALF OF
## AMERICA'S HEALTH INSURANCE PLANS

| | |
|---|---|
| Michael Spector | Hyland Hunt |
| Thomas M. Palumbo | Ruthanne M. Deutsch |
| AMERICA'S HEALTH INSURANCE PLANS | DEUTSCH HUNT PLLC |
| 601 Pennsylvania Ave. NW | 300 New Jersey Ave. NW, Suite 300 |
| South Building, Suite 500 | Washington, DC 20001 |
| Washington, DC 20004 | Tel.: 202-868-6915 |
| | Fax: 202-609-8410 |
| | Email: hhunt@deutschhunt.com |

*Counsel for America's Health Insurance Plans*

# CERTIFICATE OF INTERESTED PARTIES

*Texas Med. Ass'n v. U.S. Dep't of Health & Human Servs.*, No. 23-40605

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| | |
|---|---|
| Texas Medical Association | Cody Matthew Akins |
| Tyler Regional Hospital, LLC | Jaime L.M. Jones |
| East Texas Health System, LLC | Penny Packer Reid |
| AHS East Texas Health System, LLC | Jillian Stonecipher |
| University of Texas Health Sciences Center at Tyler | (Sidley Austin LLP) |
| Dr. Adam Corley | *Counsel for TMA Plaintiffs – Appellees* |
| *TMA Plaintiffs – Appellees and Their Affiliated Entities* | |
| LifeNet, Inc. | Steven Shepard |
| Air Methods Corp. | Stephen Lee Shackelford, Jr. |
| Rocky Mountain Holdings, LLC | James Craig Smyser |
| East Texas Air One, LLC | (Susman Godfrey LLP) |
| AHS East Texas Health System, LLC | |
| | David Alan King |
| *Air Ambulance Plaintiffs – Appellees and Their Affiliated Entities* | Joshua Arters |
| | (Polsinelli, P.C.) |
| | *Counsel for Air Ambulance Plaintiffs – Appellees* |

i

| | |
|---|---|
| U.S. Department of Health and Human Services<br>Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services<br>U.S. Department of the Treasury<br>Scott Bessent, Secretary, U.S. Department of Treasury<br>U.S. Department of Labor<br>Lori Chavez-DeRemer, Secretary, U.S. Department of Labor<br>U.S. Office of Personnel Management<br>Scott Kupor, Director of the Office of Personnel Management<br>*Defendants-Appellants* | Leif Eric Overvold<br>Courtney Dixon<br>Kevin B. Soter<br>(U.S. Department of Justice)<br><br>*Counsel for Defendants-Appellants* |
| America's Health Insurance Plans, Inc. (AHIP)<br><br>*Amicus Curiae* | Hyland Hunt<br>Ruthanne M. Deutsch<br>(Deutsch Hunt PLLC)<br><br>Michael Sector<br>Thomas M. Palumbo<br>(America's Health Insurance Plans)<br><br>*Counsel for Amicus Curiae AHIP* |
| Blue Cross Blue Shield Association (BCBSA)<br><br>*Amicus Curiae* | K. Lee Blalack, II<br>(O'Melveny & Myers L.L.P.)<br><br>Andrew Robert Hellman<br>(Morgan, Lewis & Bockius, L.L.P.)<br><br>*Counsel for Amicus Curiae BCBSA* |
| American Medical Association (AMA)<br><br>*Amicus Curiae* | James Tysse<br>(Akin Gump Strauss Hauer & Feld, L.L.P.)<br><br>*Counsel for Amicus Curiae AMA* |

ii

| | |
|---|---|
| The Leukemia and Lymphoma Society<br>The ALS Association<br>CancerCare<br>Epilepsy Foundation<br>Families USA Action<br>Hemophilia Federation of America<br>The Mended Hearts, Incorporated<br>National Multiple Sclerosis Society<br>National Patient Advocate Foundation<br>U.S. PIRG<br><br>*Amici Curiae Patient Advocacy Organizations* | Joseph J. Wardenski<br>(Wardenski, P.C.)<br><br><br>*Counsel for Amici Curiae Patient Advocacy Organizations* |
| Physicians Advocacy Institute<br>American Association of Neurological Surgeons<br>Congress of Neurological Surgeons<br>American Academy of Otolaryngology-Head and Neck Surgery<br>American Association of Orthopaedic Surgeons<br>American Osteopathic Association<br>American Society of Plastic Surgeons<br>Mississippi State Medical Association<br>California Medical Association<br>Connecticut State Medical Society<br>Florida Medical Association<br>Medical Association of Georgia<br>Kentucky Medical Association<br>Massachusetts Medical Society<br>Nebraska Medical Association<br>Medical Society of New Jersey<br>Medical Society of the State of New York<br>North Carolina Medical Society<br>Oregon Medical Association<br>South Carolina Medical Association<br>Tennessee Medical Association<br>Washington State Medical Association<br><br>*Amici Curiae Physician Associations* | Long Xuan Do<br>Eric D. Chan<br>(Athene Law, L.L.P.)<br><br>*Counsel for Amici Curiae Physician Associations* |

iii

| | |
|---|---|
| American Society of Anesthesiologists<br>American College of Emergency Physicians<br>American College of Radiology<br><br>*Amici Curiae ASA, ACEP, ACR* | Aaron D. Lindstrom<br>(Barnes & Thornburg, L.L.P.)<br><br>*Counsel for Amicus Curiae ASA, ACEP, ACR* |
| Emergency Department Practice Management Association (EDPMA)<br><br>*Amicus Curiae EDPMA* | Jack R. Bierig<br>(ArentFox Schiff, L.L.P.)<br><br>*Counsel for Amicus Curiae EDPMA* |

Under Federal Rules of Appellate Procedure 26.1 and 29(a)(4)(A), America's Health Insurance Plans, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

s/Hyland Hunt
Hyland Hunt

Under Federal Rules of Appellate Procedure 27 and 29, America's Health Insurance Plans, Inc. (AHIP) moves for leave to file the accompanying amicus brief in support of Appellants during en banc rehearing. AHIP filed an amicus brief by consent during the Court's initial consideration of the case on the merits. AHIP's counsel has conferred with counsel for the parties and no party intends to oppose this motion. Appellants and Appellees LifeNet, Inc., Air Methods Corp., Rocky Mountain Holdings, LLC, and East Texas Air One, LLC do not object. Appellees Texas Medical Association, Tyler Regional Hospital, LLC, and Doctor Adam Corley take no position on this motion.

Proposed *amicus curiae* AHIP has an interest in this case because AHIP is the national trade association representing the health insurance industry. AHIP's proposed brief (attached as an exhibit to this motion) would not repeat the parties' legal arguments, but provide additional insight into the health care contracts and contracting practices that the challenged rules are designed to reflect.

AHIP is committed to market-based solutions and public-private partnerships that make high-quality coverage and care more affordable, accessible and equitable for everyone. AHIP's members provide health care coverage, services, and solutions to more than 200 million Americans. That experience gives AHIP broad first-hand knowledge and a deep understanding of how the nation's health care and health insurance systems work.

AHIP's members strive to reach agreements with health care providers to offer Americans affordable quality networks where they can then choose from a trusted selection of providers to best meet their individual medical needs. Networks are a common feature of nearly all health plans. They offer patients peace of mind that their financial responsibility will be limited to either a flat copayment or a coinsurance amount based on a negotiated rate. For certain specialties, however, network agreements may not be in place—particularly when patients have no time to research and choose a provider, like emergency care or air ambulance services. Those specialties frequently attract private equity investors given their business model of remaining out-of-network as a means of extracting higher reimbursement rates.

When services are provided by out-of-network providers, health plans still try to negotiate reasonable out-of-network payments *after* treatment to protect patients from surprise medical bills. Despite these efforts, before the No Surprises Act, out-of-network providers often sent surprise bills to patients to collect any portion of their billed charge above the amount paid by the patient's health plan. By leveraging such "balance bills," out-of-network providers managed to obtain significantly higher payments from health plans. This practice subjected Americans to an ever-present threat of receiving a surprise medical bill and the prospect of crushing medical debt.

Congress, after significant debate, ultimately arrived at a bipartisan solution to protect patients from out-of-network payment disputes and surprise bills. Specifically, Congress established a system in the No Surprises Act to compensate providers at fair market rates, while providing stability and predictability for patients. The cornerstone of the Act is the Qualifying Payment Amount (QPA)—a key measure designed to approximate what the parties would have reasonably agreed to, under competitive market conditions, had they reached a network agreement in advance. Recognizing the complexity of health care contracting, however, Congress did not spell out the details of the QPA calculation methodology. Instead, Congress expressly delegated that function to the implementing Departments.

Given the QPA's central purpose and functions under the Act, the Departments' implementing rules aim to ensure that it accurately reflects negotiated market rates. AHIP agrees with the Departments' legal arguments that the challenged rules are consistent with the Act and fall well within the Departments' delegated authority. Based on its members' experience with health care contracting, AHIP seeks to file an amicus brief at the en banc stage to illustrate how the rules enhance the market fidelity of the QPA, consistent with Congress's intent.

For the foregoing reasons, AHIP requests leave to file the accompanying amicus brief with the en banc Court.

July 28, 2025

Michael Spector
Thomas M. Palumbo
AMERICA'S HEALTH INSURANCE PLANS
601 Pennsylvania Ave. NW
South Building, Suite 500
Washington, DC 20004

Respectfully submitted,

s/Hyland Hunt
  Hyland Hunt
  Ruthanne M. Deutsch
  DEUTSCH HUNT PLLC
  300 New Jersey Ave. NW, Suite 300
  Washington, DC 20001
  Tel.: 202-868-6915
  Fax: 202-609-8410
  Email: hhunt@deutschhunt.com

*Counsel for America's Health Insurance Plans*

## CERTIFICATE OF COMPLIANCE

The foregoing motion is in 14-point Times New Roman proportional font and contains 661 words, and with the type-volume limitation set forth in Rule 27(d)(2)(A) and the typeface and type style requirements in Rule 32(a) of the Federal Rules of Appellate Procedure.

                                                s/Hyland Hunt  
                                                Hyland Hunt

July 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2025, I served the foregoing motion upon all counsel of record by filing a copy of the document with the Clerk through the Court's electronic docketing system.

s/Hyland Hunt
Hyland Hunt
