No. 23-40605

# In the United States Court of Appeals for the Fifth Circuit

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,
*Plaintiffs–Appellees/Cross–Appellants,*

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,
*Defendants–Appellants/Cross–Appellees.*

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,
*Plaintiffs–Appellees/Cross–Appellants,*

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,
*Defendants–Appellants/Cross–Appellees.*

On Appeal from the United States District Court for the Eastern District of Texas

**MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF APPELLANTS BY THE LEUKEMIA & LYMPHOMA SOCIETY AND NINE OTHER PATIENT AND CONSUMER ADVOCACY ORGANIZATIONS**

Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 227-2500

*Counsel for Proposed Amici Curiae*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

*Texas Medical Association et al. v. United States Department of Health and Human Services et al.* (No. 23-40605)

    The undersigned counsel for proposed *Amici Curiae* certifies that the following listed persons and entities, in addition to those listed in the briefs of the parties and other *amici curiae*, have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

### *Proposed Amici Curiae*
The Leukemia & Lymphoma Society
The ALS Association
Cancer*Care*
Epilepsy Foundation of America
Families USA Action
Hemophilia Federation of America
The Mended Hearts, Inc.
National Multiple Sclerosis Society
National Patient Advocate Foundation
U.S. PIRG

### *Counsel for Amici Curiae on this Brief*
Joseph J. Wardenski
WARDENSKI P.C.

    The proposed *Amici Curiae* organizations listed above are non-profit organizations that have no parent corporations. No publicly traded corporation has any ownership interest in any of the proposed *Amici Curiae*.

Dated: July 28, 2025          /s/ Joseph J. Wardenski
                                            Joseph J. Wardenski
                                            *Counsel for Amici Curiae on this Brief*

The Leukemia & Lymphoma Society ("LLS"), The ALS Association, Cancer*Care*, Epilepsy Foundation of America, Families USA Action, Hemophilia Federation of America, The Mended Hearts, Inc., National Multiple Sclerosis Society, National Patient Advocacy Foundation, and U.S. PIRG (collectively, the "Patient and Consumer Advocacy Organizations" or "Proposed *Amici*") respectfully move this Court for leave to file the proposed brief accompanying motion as *amici curiae* in support of Appellants during the en banc rehearing of this case.

The Patient and Consumer Advocacy Organizations filed an amicus brief with all parties' consent during the Court's initial consideration of the case on the merits. Their undersigned counsel has conferred with counsel for the parties and no party intends to oppose this motion. Appellants consent to this motion. Appellees LifeNet, Inc., Air Methods Corp., Rocky Mountain Holdings, LLC, and East Texas Air One, LLC do not object to this motion. Appellees Texas Medical Association, Tyler Regional Hospital, LLC, and Doctor Adam Corley take no position on this motion.

Proposed *Amici* are patient and consumer advocacy organizations that represent or work on behalf of millions of patients and consumers

2

across the country, including those facing serious, acute, and chronic health conditions. Their organizations are committed to ensuring that all Americans have a high-quality health care system and access to comprehensive, affordable health insurance to prevent disease, manage health, cure illness, and ensure financial stability. Descriptions of each organization are contained in Proposed *Amici*'s concurrently filed proposed brief.

1. This motion is timely. "An amicus curiae must file its brief, accompanied by a motion for filing when necessary, no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. P. 29(a)(6). Here, the Patient and Consumer Advocacy Organizations are filing their motion for leave and proposed brief under that timeline.

2. The Patient and Consumer Advocacy Organizations have a significant interest in the subject matter of this litigation. Many patients served by these organizations are among the one in six Americans who have received a surprise medical bill. Given the impact of surprise bills on those the organizations serve, many of the organizations joined community principles for surprise billing reforms and worked with Congress to develop the bipartisan, bicameral No Surprises Act of the

3

2021 Consolidated Appropriations Act (the "No Surprises Act" or the "Act"), Pub. L. No. 116-250, 134 Stat. 1182. With these community principles as their guide, many of the Proposed *Amici* were heavily engaged throughout the legislative process leading to passage of the No Surprises Act and Defendants' rulemaking to implement the Act.

3. The Patient and Consumer Advocacy Organizations are uniquely able to assist the court in understanding the nature and extent of these harms to patients and consumers from surprise billing that the Act was designed to address. The success of the Act in achieving these goals depends on the ability of the federal agencies statutorily charged with implementing the Act—the Departments of Health and Human Services, Labor, and Treasury (the "Departments")—to promulgate implementing regulations that fulfill the statutory purposes of protecting patients from surprise bills and controlling health care costs.

At issue in this case is a key provision of the Act known as the "qualifying payment amount," or "QPA." The QPA is an estimate of the amount an out-of-network provider would have received for a service if they had been in a patient's insurance network. The QPA plays a major role in keeping health care costs down for patients and consumers by,

among other things, serving as the benchmark by which patients' cost-sharing responsibilities for out-of-network services are calculated.

Based on *Amici*'s experience advocating for patients and consumers during the legislative and rulemaking processes, *Amici* are uniquely positioned to explain to the Court why the QPA methodology adopted by the Departments in the July 2021 Interim Final Rule, *Requirements Related to Surprise Billing: Part I*, 86 Fed. Reg. 36,872 (July 13, 2021) (ROA.768-881), is consistent with the text of the No Surprises Act and furthers Congress's two primary goals in enacting the Act: (1) protecting patients from the most pervasive types of surprise out-of-network bills; and (2) lowering health care costs overall.

For the foregoing reasons, the Proposed *Amici* request that the Court permit them to file the accompanying brief with the en banc Court.

DATED: July 28, 2025                    Respectfully submitted,

                                        /s/ Joseph J. Wardenski
                                        Joseph J. Wardenski
                                        WARDENSKI P.C.
                                        134 West 29th Street, Suite 709
                                        New York, NY 10001
                                        (347) 913-3311
                                        joe@wardenskilaw.com

                                        *Counsel for Proposed Amici*

## CERTIFICATE OF COMPLIANCE

1. The foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). It contains 714 words, calculated using Microsoft Word's word-count feature.

2. This brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a) and Fifth Circuit Rule 32.1. It has been prepared using Microsoft Word in a proportionally spaced typeface, Century Schoolbook, with text in 14-point typeface.

DATED: July 28, 2025                                     /s/ Joseph J. Wardenski
                                                          Joseph J. Wardenski

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I served a copy of the foregoing Motion for Leave to File Amicus Brief in Support of Appellants by the Leukemia & Lymphoma Society and Nine Other Patient and Consumer Advocacy Organizations with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit using the Court's CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the electronic filing.

Dated: July 28, 2025

/s/ Joseph J. Wardenski
Joseph J. Wardenski