No. 23-40605

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS MEDICAL ASSOCIATION, ET AL.,

*Plaintiffs-Appellees/Cross-Appellants,*

v.

UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, ET AL.,

*Defendants-Appellants/Cross-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Texas, Tyler Division
Civil Action No. 6:22-cv-450

*En Banc*

**MOTION OF BLUE CROSS BLUE SHIELD ASSOCIATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS/CROSS-APPELLEES IN *EN BANC* PROCEEDINGS**

K. LEE BLALACK, II
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006

JENNIFER B. SOKOLER
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, 17th Fl.
New York, NY 10019
(212) 326-2000

EVAN HINDMAN
O'MELVENY & MYERS LLP
Two Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111

*Counsel for Amicus Curiae*

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fifth Circuit Rule 29.2, the undersigned counsel of record certifies that the following listed persons and entities, in addition to those listed in the parties' briefs, have an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

*Amicus curiae*: Blue Cross Blue Shield Association is a non-profit entity with no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

*Counsel:* Jennifer B. Sokoler, K. Lee Blalack, II, and Evan Hindman of O'Melveny & Myers LLP.

*/s/ Jennifer B. Sokoler*
Jennifer B. Sokoler
*Counsel for Amicus Curiae*

## MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS*

Pursuant to Fifth Circuit Rule 29.1, Fed. R. App. P. 27, and Fed. R. App. P. 29(a)(3), the Blue Cross Blue Shield Association ("BCBSA"), by and through its undersigned counsel respectfully move for leave ("Motion for Leave") to file their *Amicus Curiae* Brief ("Amicus Brief") in support of Appellants' Supplemental *En Banc* Brief. This Motion for Leave and Amicus Brief are timely because they are being submitted within seven days after the filing of the principal brief of the party whose position the Amicus Brief will support. *See* Fifth Circuit Rule 29.1.

As explained in detail in the attached Amicus Brief, BCBSA is the non-profit association that promotes the national interests of thirty-three independent, community-based, and locally operated Blue Cross Blue Shield health insurance companies. BCBSA supports Congress's efforts to remedy distortions in the market for healthcare services and restrain costs for patients through the No Surprises Act (the "Act"). BCBSA has an interest in advising the Court regarding the operational and practical benefits of the regulations under consideration here.

The proposed Amicus Brief will provide the Court with BCBSA's unique perspective, which will assist the Court in resolving this matter consistent with the Act. BCBSA filed a brief before the Panel, and now seeks to submit the attached Amicus Brief for the *en banc* Court's consideration. Defendants and Plaintiffs Air Methods and Rocky Mountain Holdings have consented to the filing of the Amicus

1

Brief. Plaintiffs LifeNet, Inc. and East Texas Air One, LLC do not oppose. Plaintiffs Texas Medical Association, Tyler Regional Hospital, LLC, and Dr. Adam Corley take no position. No party opposes.

For the foregoing reasons, BCBSA respectfully requests that the Court grant BCBSA's Motion for Leave.

Dated: July 28, 2025

Respectfully submitted,

*/s/ Jennifer B. Sokoler*
Jennifer B. Sokoler
O'Melveny & Myers LLP
1301 Avenue of the Americas, 17th Fl.
New York, NY 10019
(212) 326-2000
jsokoler@omm.com

K. Lee Blalack, II
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, D.C. 20006

Evan Hindman
O'Melveny & Myers LLP
Two Embarcadero Ctr., 28th Fl.
San Francisco, CA 94111

Counsel for *Amicus Curiae*
Blue Cross Blue Shield Association

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a true and correct copy of the foregoing was filed electronically using the CM/ECF system, which served counsel for the parties.

*/s/ Jennifer B. Sokoler*
Jennifer B. Sokoler

# CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this Motion contains 280 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Jennifer B. Sokoler*
Jennifer B. Sokoler
