# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I, Kevin B. Soter
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-40605   Texas Medical Association   v. HHS
(Case Number)         (Short Title)

is scheduled for oral argument at  9:00 am  on  September 24, 2025  located in the
(Time)                      (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
(Location)

/s/ Kevin B. Soter                                         August 21, 2025
(Signature)                                                (Date)

---

List all parties being represented for argument and select the party type

U.S. Dep't of Health and Human Services; U.S. Dep't of Labor; U.S. Dep't of Treasury; U.S. Office of Personnel Management; and Robert F. Kennedy, Jr., Scott Kupor, Scott Bessent, and Lori Chavez-DeRemer in their official capacities

☒ Appellant    ☐ Appellee    ☐ Cross Appellant    ☐ Cross Appellee    ☐ Amicus    ☐ Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:

|    | (Counsel Name)  | (Time in Minutes) | (Rebuttal Time)* |
|----|-----------------|-------------------|------------------|
| #1 | Kevin B. Soter  | 30 total          | 5 (of the 30)    |
| #2 |                 |                   |                  |
| #3 |                 |                   |                  |
| #4 |                 |                   |                  |
| #5 |                 |                   |                  |

SESSION # EB

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[ PRINT TO PDF ]         [ RESET FORM ]

Revised 04/2023                                            Form OA-001