IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION,<br><br>    Plaintiff-Appellee/Cross-Appellant,<br><br>    v.<br><br>HHS, et al.,<br><br>    Defendants-Appellants/Cross-Appellees. | Nos. 23-40605 |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Leif Overvold, an attorney with the United States Department of Justice, will shortly be leaving government service. We accordingly respectfully move the Court to remove him from the docket as counsel in this matter. The government will continue to be represented by the remaining counsel who have appeared.

Respectfully submitted,

/s/ *Leif Overvold*
LEIF OVERVOLD
(202) 532-4631
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7226
  Washington, D.C.  20530

AUGUST 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 53 words, according to the count of Microsoft Word.

/s/ *Leif Overvold*
LEIF OVERVOLD