No. 23-40605

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,
*Plaintiffs-Appellees,*
*v.*

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell,, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,
*Defendants-Appellants.*

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,
*Plaintiffs-Appellees,*
*v.*

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Lori Chavez-DeRemer, Acting Secretary, U.S. Department of Labor, in her official capacity,
*Defendants-Appellants.*

On Appeal from the United States District Court for the Eastern District of Texas

CONSENT MOTION OF AMERICAN MEDICAL ASSOCIATION FOR
LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFFS-APPELLEES IN *EN BANC* PROCEEDINGS

James E. Tysse
Kelly M. Cleary
Kristen E. Loveland
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
202-887-4000
jtysse@akingump.com

*Counsel for Amicus Curiae*

## CERTIFICATE OF INTERESTED PERSONS

*Texas Medical Association, et al. v. United States Department of Health and Human Services, et al.* (No. 23-40605)

Pursuant to Fifth Circuit Rule 29.2, the undersigned counsel of record certifies that the following listed persons and entities, in addition to those listed in the briefs of the parties and other *amici curiae*, have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

*Amicus curiae*: The American Medical Association is a non-profit entity with no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

*Counsel*: James E. Tysse, Kelly M. Cleary, and Kristen E. Loveland of Akin Gump Strauss Hauer & Feld LLP.

*s/James E. Tysse*
James E. Tysse

*Counsel of record for* Amicus Curiae
*American Medical Association*

**CONSENT MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS***

Pursuant to Fifth Circuit Rule 29.1, Federal Rule of Appellate Procedure 27, and Federal Rule of Appellate Procedure 29(a)(3), the American Medical Association ("AMA"), by and through its undersigned counsel, respectfully moves for leave to file its Amicus Curiae Brief in support of Plaintiffs' Supplemental En Banc Brief. This Motion for Leave and Amicus Brief are timely because they are being submitted within seven days after the filing of the principal brief of the party whose position the Amicus Brief will support. *See* Fifth Circuit Rule 29.1.

As explained in detail in the attached Amicus Brief, the AMA is the largest professional association of physicians, residents, and medical students in the United States. The AMA was founded in 1847 to promote the art and science of medicine and the betterment of public health, and these remain its core purposes. AMA members practice in every state and in every medical specialty. The AMA regularly files *amicus* briefs and engages in other advocacy efforts to support the interests of physicians nationwide. The AMA also submitted an amicus brief at the merits stage. *See* D.E. 82.[1]

---

[1] The AMA submits this brief on its own behalf and also as a representative of the Litigation Center of the AMA and the State Medical Associations. The Litigation Center is a coalition among the AMA and the state medical societies. Its purpose is to advance the interests of organized medicine and the policies of the AMA through the legal system.

1

The AMA and its members strongly support Congress's goal of protecting patients from "surprise billing." For years, the AMA has consistently advocated for a patient-first solution to surprise billing that would shield patients from unexpected medical bills, while enabling providers and insurers to determine fair payment among themselves and ensuring continued access to care. The AMA thus supports the compromise set forth in the No Surprises Act, which both protects patients from surprise medical bills and establishes an independent dispute resolution process with an intentionally balanced approach that does not skew towards either providers or insurers.

The proposed Amicus Brief will assist the Court by sharing the important perspective of the AMA and its members, who believe that the Departments' Rule— titled Requirements Related to Surprise Billing; Part I, 86 Fed. Reg. 36,872 (July 13, 2021)—upsets the balance that Congress struck and fails to achieve the goal of fair payment. The AMA submits this brief to emphasize why the Rule depresses payments to physicians below market rates, to rebut specific points made by *amici* supporting the Departments, and to explain the detrimental impact the Rule will have on the ability of physicians to provide the excellent care their patients deserve.

Defendants and Plaintiffs all consent to the filing of the proposed Amicus Brief.

For the foregoing reasons, AMA respectfully requests that the Court grant

AMA's Motion for Leave.


Dated:  August 25, 2025                    Respectfully submitted,


                                           /s/ James E. Tysse
                                           James E. Tysse
                                           Kelly M. Cleary
                                           Kristen E. Loveland
                                           AKIN GUMP STRAUSS HAUER & FELD LLP
                                           2001 K Street, N.W.
                                           Washington, D.C. 20006
                                           Telephone: (202) 887-4000
                                           jtysse@akingump.com

                                           *Counsel to* Amicus Curiae *American Medical Association*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/James E. Tysse*
James E. Tysse

4

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rules of Appellate Procedure 27(d)(2)(A) because it contains 472 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word Version 2016, 14-point Times New Roman font.

*/s/James E. Tysse*
James E. Tysse

August 25, 2025