# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40605   Texas Medical Association v. HHS
                 USDC No. 6:22-CV-450
                 USDC No. 6:22-CV-453

The court has taken the following action in this case: motion of attorney Leif Eric Overvold to withdraw as counsel for Appellants/Cross-Appellees is granted. Attorney Kevin Benjamin Soter is now designated as LEAD counsel for Appellants/Cross-Appellees

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Rebecca L. Leto, Deputy Clerk
                 504-310-7703

Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack II
Mr. Eric D. Chan
Ms. Courtney Dixon
Mr. Long Xuan Do
Mr. Andrew Robert Hellman
Mr. Evan Hindman
Ms. Hyland Hunt
Ms. Jaime L.M. Jones
Mr. Madeleine Joseph
Mr. David Alan King
Mr. Aaron D. Lindstrom
Ms. Penny Packard Reid
Mr. Stephen Lee Shackelford Jr.
Mr. Steven Shepard
Mr. James Craig Smyser
Ms. Jennifer Beth Sokoler
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher
Mr. Max Isaac Straus
Mr. James Edward Tysse
Mr. Joseph J. Wardenski