IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants-Appellants. | No. 23-40605 |

**UNOPPOSED MOTION FOR LEAVE TO FILE EN BANC REPLY BRIEF IN EXCESS OF WORD LIMIT**

Defendants respectfully move for leave to exceed the word limit for their en banc reply brief, due this Tuesday, September 2. Defendants request that the Court allow a reply brief of no more than 11,500 words. This motion is unopposed. In support of this motion, defendants state the following:

1. This litigation concerns a variety of regulations issued to implement the No Surprises Act. On October 30, 2024, a panel of the Court issued a decision. On May 30, 2025, the Court issued an order granting rehearing en banc of the panel's decision. That order vacated the panel opinion and directed the parties to submit supplemental en banc briefing. Defendants have filed their principal en banc brief and plaintiffs have filed two principal en banc

briefs (each on behalf of a subset of the plaintiffs). Amicus briefs have also been filed on both sides. Defendants' combined reply brief is due this Tuesday, September 2, and the Court has scheduled oral argument for Wednesday, September 24.

    2. The requested modification to the length limitation is warranted in this case. Combined, plaintiffs' en banc briefs contain more than 23,000 words. Absent an order granting leave, defendants' reply brief would be limited to 6,500 words. *See* Fed. R. App. P. 32(a)(7)(B)(ii). In addition to responding to the arguments made in Defendants' opening brief, plaintiffs advance several arguments for affirming the district court's judgment on alternative grounds not reached by that court. To ensure that the Court has the benefit of an adequate response from Defendants to plaintiffs' arguments, the government requests leave to file a reply brief of up to 11,500 words. The government will endeavor to keep the word count of its brief reasonable and to avoid approaching that limit if possible.

    3. Plaintiffs' counsel have informed the undersigned that this request is unopposed.

Respectfully submitted,

COURTNEY L. DIXON

/s/ *Kevin B. Soter*
KEVIN B. SOTER
(202) 305-1754
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7222
  Washington, D.C. 20530

AUGUST 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 317 words, according to the count of Microsoft Word.

/s/ *Kevin B. Soter*
KEVIN B. SOTER