# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 28, 2025
Lyle W. Cayce
Clerk

No. 23-40605

---

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., *Secretary, U.S. Department of Health and Human Services, in his official capacity*; Charles Ezell, *in his official capacity as the Acting Director of the Office of Personnel Management*; Scott Bessent, *Secretary, U.S. Department of Treasury, in his official capacity*; Lori Chavez-DeRemer, *Acting Secretary, U.S. Department of Labor, in her official capacity*,

*Defendants—Appellants/Cross-Appellees*,

---

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

United States Department of Health and Human Services; Office of Personnel Management; United

States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., *Secretary, U.S. Department of Health and Human Services, in his official capacity*; Charles Ezell, *in his official capacity as the Acting Director of the Office of Personnel Management*; Scott Bessent, *Secretary, U.S. Department of Treasury, in his official capacity*; Lori Chavez-DeRemer, *Acting Secretary, U.S. Department of Labor, in her official capacity*,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:22-CV-450
USDC No. 6:22-CV-453

_____

ORDER:

IT IS ORDERED that Appellants' unopposed motion to file supplemental reply brief in excess of the word count limitation, not to exceed 11,500 words, is GRANTED.

                         /s/Jennifer W. Elrod
                         Jennifer Walker Elrod
                         *Chief Judge*