# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 10, 2025

Mr. Kevin Benjamin Soter
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-40605   Texas Medical Association v. HHS
                        USDC No. 6:22-CV-450
                        USDC No. 6:22-CV-453

Dear Counsel:

This letter will serve to confirm our telephone conversation this date advising the parties that the court has advised that any opposition to the motion to file amicus brief filed by States of Texas, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Missouri, Nebraska, North Dakota, South Carolina, and Tennessee must be filed on or before September 15, 2025.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Rebecca L. Leto, Deputy Clerk
                                    504-310-7703

cc:  Mr. Cody Matthew Akins
     Mr. Joshua Arters
     Mr. Jack R. Bierig
     Mr. K. Lee Blalack II
     Mr. Eric D. Chan
     Mr. William Francis Cole
     Ms. Courtney Dixon
     Mr. Long Xuan Do
     Mr. Andrew Robert Hellman
     Mr. Evan Hindman
     Ms. Hyland Hunt
     Ms. Jaime L.M. Jones
     Mr. Madeleine Joseph
     Mr. David Alan King
     Mr. Aaron D. Lindstrom
     Ms. Penny Packard Reid
     Mr. Stephen Lee Shackelford Jr.
     Mr. Steven Shepard

```
Mr. James Craig Smyser
Ms. Jennifer Beth Sokoler
Ms. Jillian Stonecipher
Mr. Max Isaac Straus
Mr. James Edward Tysse
Mr. Joseph J. Wardenski
```