# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40605   Texas Medical Association v. HHS
                  USDC No. 6:22-CV-450
                  USDC No. 6:22-CV-453

The court has granted the motion of the States of Texas, Alaska, Arkansas, Florida, Georgia, Idaho, Indiana, Iowa, Kansas, Louisiana, Missouri, Nebraska, North Dakota, South Carolina, and Tennessee for leave to file a brief as amicus curiae not supporting either party and to file brief out of time in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack II
Mr. Eric D. Chan
Mr. William Francis Cole
Ms. Courtney Dixon
Mr. Long Xuan Do
Mr. Andrew Robert Hellman
Mr. Evan Hindman
Ms. Hyland Hunt
Ms. Jaime L.M. Jones
Mr. Madeleine Joseph
Mr. David Alan King
Mr. Aaron D. Lindstrom
Mr. David O'Toole
Ms. Penny Packard Reid
Mr. Stephen Lee Shackelford Jr.
Mr. Steven Shepard
Mr. James Craig Smyser
Ms. Jennifer Beth Sokoler
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher
Mr. Max Isaac Straus
Mr. James Edward Tysse
Mr. Joseph J. Wardenski