IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| TEXAS MEDICAL ASSOCIATION, *et al.*,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants-Appellants. | No. 23-40605 |

**CONSENT MOTION FOR 21-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL EN BANC BRIEFS**

Defendants respectfully request a 21-day extension of time, to and including January 23, 2026, to the deadline for simultaneous supplemental en banc briefs in response to the Court's December 12, 2025, Order. Plaintiffs consent to this motion. In support of this motion, defendants state the following:

1. This litigation concerns a variety of regulations issued to implement the No Surprises Act. The en banc Court held oral argument on September 24, 2025. On December 12, 2025, the Court issued an order directing the parties to file supplemental letter briefs by January 2, 2026.

2. The requested extension is necessary to allow defendants adequate time to prepare their supplemental brief. Government counsel will need to account for holidays and scheduled periods of leave in December and January in preparing the supplemental brief. In addition, Kevin B. Soter is the attorney with primary responsibility for preparing the government's brief. In addition to various internal matters, Mr. Soter's matters with upcoming deadlines include: *Williams v. Attorney General*, No. 24-1091 (3d Cir.) (supplemental en banc brief due December 18, 2025); *NicQuid, L.L.C. v. FDA*, No. 24-60272 (5th Cir.) (response brief due December 22, 2025); and *Breeze Smoke, LLC v. FDA*, Nos. 24-60304, 24-60332, 24-60424, 24-60628, 25-6009, 25-60369 (5th Cir.) (consolidated response brief due January 5, 2026).

August Flentje is the attorney with supervisory responsibility for the government's supplemental brief. Mr. Flentje is newly assigned to this case, and the requested extension will provide time for Mr. Flentje to familiarize himself with the legal issues. Mr. Flentje also has supervisory responsibility for other matters with upcoming deadlines, including: *Los Angeles Press Club v. Noem*, No. 25-5975 (9th Cir.) (oral argument on December 12, 2025); *Mennonite Church US v. DHS*, No. 25-5209 (D.C. Cir.) (response brief due December 12, 2025); *Friends of the Earth v. Exp-Imp Bank of the US*, No. 25-5387 (D.C. Cir.) (response brief due December 19, 2025); *Modernwest Longmont LLC*

*v. FAA*, No. 25-1150 (D.C. Cir.) (response brief due December 19, 2025); *Los Angeles Press Club v. Noem*, No. 25-5975 (9th Cir.) (oral argument on January 5, 2026); *Thein v. Trump*, Nos. 25-5338 & 25-5357 (appellate brief due December 21, 2025); and *Guerrero-Orellana v. Moniz*, No. 25-12664 (D. Mass.) (summary judgment hearing December 15).

3. A 21-day extension will also ensure sufficient time for counsel to coordinate review with interested agencies and components of the federal government.

4. Plaintiffs' counsel have informed the undersigned that this request is unopposed.

Respectfully submitted,

AUGUST FLENTJE

 /s/ Kevin B. Soter
KEVIN B. SOTER
(202) 305-1754
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7222
  Washington, D.C.  20530

DECEMBER 2025

**CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 419 words, according to the count of Microsoft Word.

/s/ *Kevin B. Soter*
KEVIN B. SOTER