# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 23-40605   Texas Medical Association v. HHS
                   USDC No. 6:22-CV-450
                   USDC No. 6:22-CV-453

Enclosed is an order entered in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                *S. Rasheed*
                                By: _____
                                Shatyra Rasheed, Deputy Clerk

Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack II
Mr. Eric D. Chan
Mr. William Francis Cole
Ms. Courtney Dixon
Mr. Long Xuan Do
Mr. August E. Flentje
Mr. Andrew Robert Hellman
Mr. Evan Hindman
Ms. Hyland Hunt
Ms. Jaime L.M. Jones
Mr. Madeleine Joseph
Mr. David Alan King
Mr. Aaron D. Lindstrom
Ms. Penny Packard Reid
Mr. Stephen Lee Shackelford Jr.
Mr. Steven Shepard
Mr. James Craig Smyser
Ms. Jennifer Beth Sokoler
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher
Mr. Max Isaac Straus
Mr. James Edward Tysse
Mr. Joseph J. Wardenski