# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

TEXAS MEDICAL ASSOCIATION, ET AL.,

        Plaintiff-Appellees,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

        Defendants-Appellants.

LIFENET INC., ET AL.,

        Plaintiff-Appellees,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,

        Defendants-Appellants.

No. 23-40605

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Federal Rule of Appellate Procedure 27(b) and Fifth Circuit Rule 27.1, undersigned counsel respectfully requests leave to withdraw as counsel for defendants-appellants in this case. Effective January 9, 2026, I will no longer be employed by the Department of Justice. I therefore respectfully request that my appearance be removed from the docket and that my name be removed from the

ECF distribution list. Other Department of Justice attorneys who have appeared in this case will continue to represent defendants-appellants. Thank you for your attention to this matter.

                                                    Respectfully submitted,

                                                    */s/ Courtney L. Dixon*
                                                    COURTNEY L. DIXON
                                                    Appellate Staff, Civil Division
                                                    U.S. Department of Justice
                                                    950 Pennsylvania Ave. NW, Rm. 7246
                                                    Washington, DC 20530
                                                    (202) 353-8189
                                                    courtney.l.dixon@usdoj.gov

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Garamond 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 95 words, according to the word count of Microsoft Word.

                                                  */s/ Courtney L. Dixon*
                                                  Courtney L. Dixon

# CERTIFICATE OF SERVICE

I certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                  */s/ Courtney L. Dixon*
                                                  Courtney L. Dixon