SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM



501 Commerce Street, Suite 1300,
Nashville, TN 37203
(615) 259-1510

January 23, 2026

The Honorable Lyle W. Cayce
Clerk, United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re: *Texas Medical Association, et. al v. Dep't of Health and Human Services, et. al*, 23-40605, Rule 28(i) Letter Adopting Co-Appellees' Supplemental Letter Brief

Dear Mr. Cayce:

We represent Appellees-Cross-Appellants LifeNet, Inc., East Texas Air One LLC, Rocky Mountain Holdings, LLC, and Air Methods Corporation ("Air Ambulance Plaintiffs") in the above-referenced appeal.

Pursuant to Federal Rule of Appellate Procedure 28(i), Air Ambulance Plaintiffs join in and adopt in full the Supplemental Letter Brief of Appellees-Cross-Appellants Texas Medical Association, Tyler Regional Hospital LLC, and Dr. Adam Corley filed today (No. 23-40605, Dkt. 346).

Sincerely,
*/s/ Steven M. Shepard*
Steven M. Shepard
*Lead Counsel*
Stephen Shackelford, Jr.
Max Isaac Straus
James Craig Smyser
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10019
Tel: (212) 336-8340
Fax: (212) 336-8340
Email: sshepard@susmangodfrey.com

**Counsel for Plaintiffs-Appellees-Cross-Appellants LifeNet, Inc. and East Texas Air One, LLC**

January 23, 2026
Page 2

<u>*/s/ David Alan King*</u>
David Alan King
*Lead Counsel*
Joshua D. Arters
Polsinelli PC
501 Commerce Street, Suite 1300
Nashville, TN 37203
Tel: (615) 259-1510
Fax: (615) 259-1573
Email: dking@polsinelli.com

**Counsel for Plaintiffs-Appellees-Cross-Appellants, Air Methods Corporation and Rocky Mountain Holdings, LLC**

cc:     All Counsel (via ECF)