# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 14, 2026

Mr. Cody Matthew Akins
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Joshua Arters
Polsinelli, P.C.
501 Commerce Street
Suite 1300
Nashville, TN 37203

Mr. Jack R. Bierig
ArentFox Schiff, L.L.P.
233 S. Wacker Drive
Willis Tower
Suite 7100
Chicago, IL 60606

Mr. K. Lee Blalack II
O'Melveny & Myers, L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006

Mr. Eric D. Chan
Athene Law, L.L.P.
10866 Washington Boulevard
Suite 142
Culver City, CA 90232

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Long Xuan Do
Athene Law, L.L.P.
5432 Geary Boulevard
Suite 200
San Francisco, CA 94121

Mr. August E. Flentje
U.S. Department of Justice
Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044-0868


Mr. Andrew Robert Hellman
Morgan, Lewis & Bockius, L.L.P.
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004


Mr. Evan Hindman
O'Melveny & Myers, L.L.P.
2 Embarcadero Center
28th Floor
San Francisco, CA 94111-3823


Ms. Hyland Hunt
Deutsch Hunt , P.L.L.C.
300 New Jersey Avenue, N.W.
Suite 300
Washington, DC 20001


Ms. Jaime L.M. Jones
Sidley Austin, L.L.P.
1 S. Dearborn Street
Chicago, IL 60603


Mr. Madeleine Joseph
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005


Mr. David Alan King
Polsinelli, P.C.
501 Commerce Street
Suite 1300
Nashville, TN 37203


Mr. Aaron D. Lindstrom
Barnes & Thornburg, L.L.P.
171 Monroe Avenue, N.W.
Suite 1000
Grand Rapids, MI 49503


Ms. Penny Packard Reid
Sidley Austin, L.L.P.
2323 Cedar Springs
Suite 2000

Dallas, TX 75201-1856

Mr. Stephen Lee Shackelford Jr.
Susman Godfrey, L.L.P.
1 Manhattan West
50th Floor
New York, NY 10001-8602

Mr. Steven Shepard
Susman Godfrey, L.L.P.
1 Manhattan West
50th Floor
New York, NY 10001-8602

Mr. James Craig Smyser
Susman Godfrey, L.L.P.
1 Manhattan West
50th Floor
New York, NY 10001-8602

Ms. Jennifer Beth Sokoler
O'Melveny & Myers, L.L.P.
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

Mr. Kevin Benjamin Soter
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Jillian Stonecipher
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Max Isaac Straus
Susman Godfrey, L.L.P.
1 Manhattan West
New York, NY 10001-8602

Mr. James Edward Tysse
Akin Gump Strauss Hauer & Feld, L.L.P.
2001 K Street, N.W.
Robert S. Strauss Tower
Washington, DC 20006

Mr. Joseph J. Wardenski
Wardenski, P.C.

134 W. 29th Street
Suite 709
New York, NY 10001

      No. 23-40605    Texas Medical Association v. HHS
                     USDC No. 6:22-CV-450
                     USDC No. 6:22-CV-453

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case. Keith Sonderling is the new Acting Secretary for the United States Department of Labor.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *S. Rasheed*

      By: _____
      Shatyra Rasheed, Deputy Clerk
      504-310-7646

_____

Case No. 23-40605

_____

Texas Medical Association; Tyler Regional Hospital, L.L.C.; Dr. Adam Corley,

                    Plaintiffs - Appellees/Cross-Appellants

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Keith Sonderling, Acting Secretary, U.S. Department of Labor, in her official capacity,

                    Defendants - Appellants/Cross-Appellees

_____

LifeNet, Incorporated; Air Methods Corporation; Rocky Mountain Holdings, L.L.C.; East Texas Air One, L.L.C.,

                    Plaintiffs - Appellees/Cross-Appellants

v.

United States Department of Health and Human Services; Office of Personnel Management; United States Department of Labor; United States Department of Treasury; Robert F. Kennedy, Jr., Secretary, U.S. Department of Health and Human Services, in his official capacity; Charles Ezell, in his official capacity as the Acting Director of the Office of Personnel Management; Scott Bessent, Secretary, U.S. Department of Treasury, in his official capacity; Keith Sonderling, Acting Secretary, U.S. Department of Labor, in her official capacity,

                    Defendants - Appellants/Cross-Appellees