# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2026

Mr. David O'Toole
U.S. District Court, Eastern District of Texas
211 W. Ferguson Street
Room 106
Tyler, TX 75702

No. 23-40605 Texas Medical Association v. HHS
USDC No. 6:22-CV-450
USDC No. 6:22-CV-453

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
Mr. Cody Matthew Akins
Mr. Joshua Arters
Mr. Jack R. Bierig
Mr. K. Lee Blalack, II
Mr. Eric D. Chan
Mr. William Francis Cole
Mr. Long Xuan Do
Mr. August E. Flentje
Mr. Andrew Robert Hellman
Mr. Evan Hindman
Ms. Hyland Hunt
Ms. Jaime L.M. Jones
Mr. Madeleine Joseph
Mr. David Alan King
Mr. Aaron D. Lindstrom
Ms. Penny Packard Reid
Mr. Stephen Lee Shackelford, Jr.
Mr. Steven Shepard
Mr. James Craig Smyser
Ms. Jennifer Beth Sokoler
Mr. Kevin Benjamin Soter
Ms. Jillian Stonecipher

Mr. Max Isaac Straus
Mr. James Edward Tysse
Mr. Joseph J. Wardenski